UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) No. 2:20-cv-03785-ALM-KAJ )<br>) <u>CLASS ACTION</u><br>) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) Judge Algenon L. Marbley<br>) Magistrate Judge Kimberly A. Jolson<br>)<br>) |

JOINT DISCOVERY STATUS REPORT

| | |
|---|---|
| MURRAY MURPHY MOUL<br> + BASIL LLP<br>JOSEPH F. MURRAY (0063373)<br>1114 Dublin Road<br>Columbus, OH  43215<br>Telephone:  614/488-0400<br>614/488-0401 (fax)<br>murray@mmmb.com<br><br>Liaison Counsel | ROBBINS GELLER RUDMAN<br> & DOWD LLP<br>DARREN J. ROBBINS (*pro hac vice*)<br>MARK SOLOMON (*pro hac vice*)<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>darrenr@rgrdlaw.com<br>marks@rgrdlaw.com<br><br>Lead Counsel for Lead Plaintiff Los Angeles County Employees Retirement Association and Plaintiffs Amalgamated Bank, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund |

Pursuant to the Court's August 19, 2022 Opinion and Order (ECF 333), the parties provide the following discovery status report regarding the discovery dispute between non-party Industrial Energy Users-Ohio and defendant Charles E. Jones. This dispute was recently reported to the Court on January 30, 2023 in response to the Court's Order dated August 19, 2022 (ECF 406).

### Mr. Jones's Report

On January 30, 2023, Mr. Jones and third party Industrial Energy Users-Ohio ("IEU-Ohio") filed a joint status report regarding Mr. Jones's subpoena directed to IEU-Ohio. (*See* Doc # 406.) As the Court is aware, Jones is seeking documents from IEU-Ohio pursuant to a document subpoena dated May 9, 2022 ("Subpoena").

Since the January 30, 2023 Joint Status Report, and consistent with the Court's December 19, 2022 Order (Doc # 393), on February 7, 2023, Jones received from IEU-Ohio a supplemental hit report and on February 10, 2023 Counsel for Jones and Counsel for IEU-Ohio met and conferred regarding the hit report. IEU-Ohio has represented that the hit report covers the remaining data in IEU-Ohio's possession, which contains materials that are duplicative to what IEU-Ohio already has or will receive from IEU-Ohio's former counsel McNees Wallace & Nurick LLC ("the McNees Law Firm").

Other than these materials, Jones is still awaiting production of:

- The non-email electronic documents and email communications identified in the January 11, 2023 hit report, scheduled for production by February 25, 2023.

- All of the .pst files and responsive emails, which are still currently in the possession of the McNees Law Firm and scheduled for: transfer from the McNees Law firm to IEU-Ohio by February 24, 2023; and production to Jones by March 3, 2023 per the Court's January 31, 2023 Order. *See* Doc # 408. At this time, Counsel have scheduled a meet and confer on February 28, 2023, to discuss the status of the review and production of these materials.

The parties are in the process of scheduling a time for Jones to review the hard copy documents transferred by the McNees Law Firm to IEU-Ohio's current counsel.

**IEU-Ohio's Report**

On February 6, 2023 counsel for IEU-Ohio contacted the McNees Law Firm asking it to provide specific information about the approximate volume of megabytes, number of documents, and number of pages that it expects to provide to IEU-Ohio by the above-referenced February 24, 2023 deadline. That day, McNees responded that it was processing the electronic information for production to IEU-Ohio and upon completion it would have an estimated volume to provide. As of the time of filing this report, McNees has still not provided any estimated volume to IEU-Ohio and IEU-Ohio is concerned that the amount of data it will receive from McNees on or before February 24, 2023 will be far too voluminous to prepare for production by March 3, 2023.

This is the reason that counsel have scheduled the meet and confer on February 28, 2023. By that day, assuming that McNees provides all remaining electronically stored information by its February 24, 2023 deadline, IEU-Ohio would better be able to predict the amount of time reviewing the data for production will take. If the data is in fact voluminous, IEU-Ohio will likely move the court for additional time for production of that data.

Additionally, on February 8, 2023 IEU-Ohio received a subpoena from Plaintiff Los Angeles County Employees Retirement Association, with accompanying communication requesting that IEU-Ohio respond to a June 29, 2022 subpoena that had been the subject of prior meet and confer sessions with Plaintiff's counsel and for which discussion had previously appeared abandoned by Plaintiff. These subpoenas request provision of the documents that IEU-Ohio has and will be producing to counsel for Jones, and contain several other requests. IEU-Ohio anticipates that the meet and confer process and eventual provision of documents relating to the subpoenas it received from Plaintiff will also be time consuming.

While Plaintiff indicates that the second subpoena is "slightly extending the responsive time period," IEU-Ohio's position is that responding to either subpoena as written would take an

4884-9744-3409.v1

exceptional amount of time, and would perhaps be impossible. The fact that IEU-Ohio now has to also engage in a meet and confer process with Plaintiff imposes far more than a slight time commitment or burden on behalf of IEU-Ohio.

### Class Plaintiffs' Report

Due to overlapping topics, IEU-Ohio has tentatively agreed to produce documents in response to Class Plaintiffs' June 27, 2022 subpoena to IEU-Ohio simultaneously with its production in response to Jones' subpoena to IEU-Ohio. Class Plaintiffs have recently issued a second subpoena to IEU-Ohio slightly extending the responsive time period and adding a few targeted requests. Class Plaintiffs and IEU-Ohio are currently discussing how to most efficiently identify and produce documents in response to this recent subpoena.

Dated: February 17, 2023

Respectfully submitted,

/s/ Joseph F. Murray
Joseph F. Murray, Trial Attorney (0063373)
MURRAY MURPHY MOUL + BASIL LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: (614) 488-0400
Facsimile: (614) 488-0401
Email: murray@mmmb.com

*Liaison Counsel*

Darren J. Robbins (admitted *pro hac vice*)
Mark Solomon (admitted *pro hac vice*)
Jason A. Forge (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
Email: darrenr@rgrdlaw.com
Email: marks@rgrdlaw.com
Email: jforge@rgrdlaw.com

Respectfully submitted,

/s/ Geoffrey J. Ritts (with permission)
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
Corey A. Lee (0099866)
Stephen G. Sozio (0032405)
Adrienne F. Mueller (0076332)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: gjritts@jonesday.com
Email: rfaxon@jonesday.com
Email: calee@jonesday.com
Email: sgsozio@jonesday.com
Email: afmueller@jonesday.com

Marjorie P. Duffy (0083452)
Jordan M. Baumann (0093844)
M. Ryan Harmanis (0093642)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215

4884-9744-3409.v1

*Attorneys for Lead Plaintiff Los Angeles County Employees Retirement Association and Plaintiffs Amalgamated Bank, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund*

/s/ Albert G. Lin (with permission)
Albert G. Lin (0076888)
BAKER & HOSTETLER LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
Email: alin@bakerlaw.com

Carole S. Rendon, Trial Attorney (0070345)
Douglas L. Shively (0094065)
Daniel R. Warren (0054595)
Jeremy Steven Dunnaback (0098129)
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH  44114
Telephone:  216/621-0200
Facsimile: 216/696-0740
Email: crendon@bakerlaw.com
Email: dshively@bakerlaw.com
Email: dwarren@bakerlaw.com
Email: jdunnaback@bakerlaw.com

George A. Stamboulidis (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4211
Facsimile: (212) 589-4201
Email: gstamboulidis@bakerlaw.corn

*Attorneys for Defendant Charles E. Jones*

/s/ Douglas M. Mansfield (with permission)
Douglas M. Mansfield (0063443)
LAPE MANSFIELD NAKASIAN & GIBSON, LLC
9980 Brewster Lane, Suite 150
Powell, OH 43065
Telephone: (614) 763-2316
Facsimile: (614) 467-3704

Telephone: (614) 469-3939
Facsimile: (614) 461-4198
Email: mpduffy@jonesday.com
Email: jbaumann@jonesday.com
Email: rharmanis@jonesday.com

Scott B. Scheinberg (admitted *pro hac vice*)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
Email: sscheinberg@jonesday.com

*Attorneys for Defendants FirstEnergy Corp., Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*

/s/ John F. McCaffrey (with permission)
John F. McCaffrey (0039486)
John A. Favret (0080427)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue - Suite 1100
Cleveland, OH 44113
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: john.mccaffrey@tuckerellis.com
Email: john.favret@tuckerellis.com
Email: hannah.smith@tuckerellis.com

Steve Grimes (admitted *pro hac vice*)
Dan K. Webb (admitted *pro hac vice*)
WINSTON & STRAWN, LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: SGrimes@winston.com
Email: DWebb@winston.com

*Attorneys for Defendant Michael J. Dowling*

Email: dmansfield@lmng-law.com

Michael L. Kichline (admitted *pro hac vice*)
Laura H. McNally (admitted *pro hac vice*)
Emily S. Kimmelman (admitted *pro hac vice*)
Karen Pieslak Pohlmann (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
Email: michael.kichline@morganlewis.com
Email: laura.mcnally@morganlewis.com
Email: emily.kimmelman@morganlewis.com
Email: karen.pohlmann@morganlewis.com

*Attorneys for Defendant Dennis M. Chack*

/s/ Brian P. O'Connor (with permission)
Brian P. O'Connor (0086646)
SANTEN & HUGHES
600 Vine Street, Suite 2700
Cincinnati, OH 45202
Telephone: (513) 721-4450
Facsimile: (513) 852-5994
Email: bpo@santenhughes.com

Preston Burton (admitted *pro hac vice*)
Adam Miller (admitted *pro hac vice*)
Bree Murphy (admitted *pro hac vice*)
Jill Winter (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE
2001 M Street NW, Suite 500
Washington, DC 20036
Telephone: (202) 349-8000
Facsimile: (202) 349-8080
Email: pburton@orrick.com
Email: adam.miller@orrick.com
Email: bmurphy@orrick.com
Email: jwinter@orrick.com

*Attorneys for Defendant Donald R. Schneider*

/s/ James E. Arnold (with permission)
James E. Arnold (0037712)

/s/ Jeremy R. Teaberry (with permission)
Jeremy R. Teaberry (0082870)
Timothy D. Katsiff (admitted *pro hac vice*)
David L. Axelrod (admitted *pro hac vice*)
Emilia McKee Vassallo (admitted *pro hac vice*)
Brittany M. Wilson (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
Email: teaberryj@ballardspahr.com
Email: katsifft@ballardspahr.com
Email: axelrodd@ballardspahr.com
Email: mckeevassalloe@ballardspahr.com
Email: wilsonbm@ballardspahr.com

*Attorneys for Defendant James F. Pearson*

/s/ John R. Mitchell (with permission)
John R. Mitchell (0066759)
Michael J. Zbiegien Jr. (0078352)
Kelsey Hughes-Blaum (admitted pro *hac vice*)
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114-2302
Telephone: (216) 706-3909
Facsimile: (216) 241-3707
Email: jmitchell@taftlaw.com
Email: mzbiegien@taftlaw.com
Email: khughesblaum@taftlaw.com

*Attorneys for Defendant Ty R. Pine*

/s/ John C. Fairweather (with permission)
John C. Fairweather (0018216)
Lisa S. DelGrosso (0064938)
BROUSE McDOWELL
388 South Main Street, Suite 500
Akron, OH 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
Email: jfairweather@brouse.com
Email: ldelgrosso@brouse.com

Stephen S. Scholes (admitted *pro hac vice*)
Paul M.G. Helms (admitted *pro hac vice*)
Samantha L. Fenton (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP

- 5 -

4884-9744-3409.v1

Gerhardt A. Gosnell II (0064919)
ARNOLD & CLIFFORD LLP
115 W. Main St., Fourth Floor
Columbus, OH 43215
Telephone: (614) 460-1600
Facsimile: (614) 469-1093
Email: jarnold@arnlaw.com
Email: ggosnell@arnlaw.com

Veronica E. Callahan (admitted *pro hac vice*)
Aaron F. Miner (admitted *pro hac vice*)
Yiqing Shi (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Email: aaron.miner@arnoldporter.com
Email: veronica.callahan@arnoldporter.com
Email: Yiqing.Shi@arnoldporter.com

Andrew C. Johnson (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5631
Email: Andrew.Johnson@arnoldporter.com

*Attorneys for Defendant Leila L. Vespoli*

444 West Lake Street
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: sscholes@mwe.com
Email: phelms@mwe.com
Email: sfenton@mwe.com

*Attorneys for Defendant Robert P. Reffner*

/s/ Victor A. Walton, Jr. (with permission)
Victor A. Walton, Jr. (0055241)
Joseph M. Brunner (0085485)
VORYS, SATER, SEYMOUR & PEASE LLP
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH 45202
Telephone: (513) 723-4000
Facsimile: (513) 723-4056
Email: vawalton@vorys.corn
Email: jmbrunner@vorys.com

Andrew P. Guran (0090649)
VORYS, SATER, SEYMOUR & PEASE LLP
106 South Main Street, Suite 1100
Akron, OH 44308-1471
Telephone: (330) 208-1000
Facsimile: (330) 208-1001
Email: apguran@vorys.com

*Attorneys for Defendant John Judge*

/s/ Robert W. Trafford (with permission)
Robert W. Trafford, Trial Attorney (0040270)
David S. Bloomfield, Jr. (0068158)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH 43215-6194
Telephone: (614) 227-2000
Facsimile: (614) 227-2100
Email: rtrafford@porterwright.com
Email: dbloomfield@porterwright.com

Brian S. Weinstein (admitted *pro hac vice*)
Eric M. Kim (admitted *pro hac vice*)
Joshua N. Shinbrot (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue

- 6 -

New York, NY 10017
Telephone: (202) 450-4000
Email: brian.weinstein@davispolk.com
Email: eric.kim@davispolk.com
Email: joshua.shinbrot@davispolk.com

*Attorneys for the Underwriter Defendants Barclays Capital Inc., BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Mizuho Securities USA LLC, PNC Capital Markets LLC, RBC Capital Markets, LLC, Santander Investment Securities Inc., Scotia Capital (USA) Inc., SMBC Nikko Securities America, Inc., CIBC World Markets Corp., KeyBanc Capital Markets Inc., TD Securities (USA) LLC, U.S. Bancorp Investments, Inc., and MUFG Securities Americas Inc.*

<u>/s/ Amily Imbrogno (with permission)</u>
Amily Imbrogno (0092434)
Peter Turner (0028444)
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44122
Telephone: (216) 831-0042
Facsimile: (216) 831-0542
Email: aimbrogno@meyersroman.com
Email: pturner@meyersroman.com

*Attorneys for Industrial Energy Users-Ohio*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on February 17, 2023. Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Joseph F. Murray*
Joseph F. Murray (0063373)

# Mailing Information for a Case 2:20-cv-03785-ALM-KAJ Owens v. FirstEnergy Corp. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **X. Jay Alvarez**
  jaya@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James Edward Arnold**
  jarnold@arnlaw.com,7489829420@filings.docketbird.com,tashby@arnlaw.com,ablosser@arnlaw.com

- **David L. Axelrod**
  axelrodd@ballardspahr.com,mangiaracinaj@ballardspahr.com

- **Daniel E. Barenbaum**
  dbarenbaum@bermantabacco.com,sfservice@bermantabacco.com

- **Jordan M. Baumann**
  jbaumann@jonesday.com

- **Elizabeth Benshoff**
  ebenshoff@jonesday.com

- **Katherine T. Berger**
  kberger@jonesday.com,rlmiller@jonesday.com

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **David S Bloomfield , Jr**
  dbloomfield@porterwright.com,mruyf@porterwright.com

- **Joseph Michael Brunner**
  jmbrunner@vorys.com,tlschwarz@vorys.com

- **Preston Burton**
  pburton@orrick.com,lschwartz@buckleyfirm.com

- **Veronica E. Callahan**
  veronica.callahan@arnoldporter.com,edocketscalendaring@arnoldporter.com,veronica-callahan-1417@ecf.pacerpro.com,maosdoh@arnoldporter.com

- **Shanaye Y. Carvajal**
  shanaye.carvajal@davispolk.com

- **Matthew A Chiricosta**
  mchiricosta@calfee.com,litdocket@calfee.com

- **Rachel Ann Cocalis**
  rcocalis@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Brian E. Cochran**
  bcochran@rgrdlaw.com,mlydon@rgrdlaw.com,e_file_sd@rgrdlaw.com,kjohnson@rgrdlaw.com

- **Desiree Cummings**
  dcummings@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **James Rubin Cummins**
  jcummins@cumminslaw.us,hpoindexter@cumminslaw.us,docket@cumminslaw.us

- **Lisa S Del Grosso**
  ldelgrosso@brouse.com,sslabaugh@brouse.com

- **Marjorie P Duffy**
  mpduffy@jonesday.com,rfargabrite@jonesday.com

- **Jeremy Steven Dunnaback**
  jdunnaback@bakerlaw.com

- **John C Fairweather**
  jcf@brouse.com,sslabaugh@brouse.com

- **John A Favret , III**
  jfavret@tuckerellis.com,darlene.hudeck@tuckerellis.com,Chelsea.croy@tuckerellis.com

- **Robert Stephen Faxon**
  rfaxon@jonesday.com

- **Samantha L Fenton**
  sfenton@mwe.com

- **Jason A. Forge**
  JForge@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Christopher Thomas Gilroy**
  cgilroy@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Jonah H. Goldstein**
  jonahg@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Gerhardt A Gosnell , II**
  ggosnell@arnlaw.com,1524359420@filings.docketbird.com,tashby@arnlaw.com

- **Shalini Beth Goyal**
  sgoyal@jonesday.com

- **Steven Grimes**
  SGrimes@winston.com

- **Tor Gronborg**
  torg@rgrdlaw.com,TomE@rgrdlaw.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com,ckopko@rgrdlaw.com,ckopko@ecf.courtdrive.com

- **Andrew Paul Guran**
  apguran@vorys.com

- **M. Ryan Harmanis**
  rharmanis@jonesday.com,nafickle@jonesday.com

- **Paul Helms**
  phelms@mwe.com

- **Kelsey Hughes-Blaum**
  khughesblaum@taftlaw.com

- **Robert K. Hur**
  rhur@gibsondunn.com

- **Andrew W Hutton**
  dhutton@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Steve Michael Jodlowski**
  sjodlowski@rgrdlaw.com,E_File_SD@rgrdlaw.com,SusanM@rgrdlaw.com

- **Andrew C. Johnson**
  Andrew.Johnson@arnoldporter.com

- **C. Chad Johnson**
  chadj@rgrdlaw.com

- **Francis Paul Karam**
  fkaram@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Daniel Richard Karon**
  dkaron@karonllc.com,cgood@karonllc.com,bhollowell@karonllc.com

- **Timothy D. Katsiff**
  katsifft@ballardspahr.com

- **John M Kelley**
  jkelley@rgrdlaw.com

- **Ashley M. Kelly**
  akelly@rgrdlaw.com,E_File_SD@rgrdlaw.com,AKellyRGRD@ecf.courtdrive.com

- **Michael L. Kichline**
  michael.kichline@morganlewis.com

- **Eric Kim**
  eric.kim@davispolk.com

- **Emily S. Kimmelman**
  emily.kimmelman@morganlewis.com

- **Nicole Lavallee**
  nlavallee@bermantabacco.com,sfservice@bermantabacco.com

- **Corey Anthony Lee**
  calee@jonesday.com

- **Albert Grant Lin**
  alin@bakerlaw.com,phubbard@bakerlaw.com

- **Ting H. Liu**
  tliu@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Douglas M Mansfield**
  dmansfield@lmng-law.com

- **John F McCaffrey**
  John.McCaffrey@tuckerellis.com,susan.becker@tuckerellis.com

- **Laura Hughes McNally**
  laura.mcnally@morganlewis.com,carole.griffin@morganlewis.com

- **McNees Wallace & Nurick**
  kschneider@mcneeslaw.com

- **Francisco J Mejia**
  FMejia@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Adam B. Miller**
  adam.miller@orrick.com,autodocket@buckleyfirm.com,docket@buckleyfirm.com

- **Aaron F. Miner**
  aaron.miner@arnoldporter.com

- **Jonathan P. Misny**
  misny@mmmb.com,tiffany@mmmb.com,tiffany@ecf.courtdrive.com,misny@ecf.courtdrive.com

- **David W Mitchell**
  davidm@rgrdlaw.com,slandry@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **John R Mitchell**
  jmitchell@taftlaw.com,LUdovicic@taftlaw.com,ewerner@taftlaw.com,CLE_Docket_Assist@taftlaw.com

- **Thomas N Mitchell**
  mpduffy@jonesday.com

- **Geoffrey J Moul**
  moul@mmmb.com,tiffany@mmmb.com,tiffany@ecf.courtdrive.com,moul@ecf.courtdrive.com

- **Adrienne Marie Ferraro Mueller**
  afmueller@jonesday.com

- **Bree Murphy**
  bmurphy@orrick.com,autodocket@buckleyfirm.com,docket@buckleyfirm.com

- **Brian K Murphy**
  murphy@mmmb.com,tiffany@mmmb.com,murphy@ecf.courtdrive.com,tiffany@ecf.courtdrive.com

- **Joseph F Murray**
  murray@mmmb.com,tiffany@mmmb.com,tiffany@ecf.courtdrive.com,murray@ecf.courtdrive.com

- **Danielle S. Myers**
  DMyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Brian Patrick O'Connor**
  bpo@santen-hughes.com,emp@santenhughes.com,sla@santen-hughes.com

- **Lucas Freeman Olts**
  lolts@rgrdlaw.com,E_File_SD@rgrdlaw.com,lolts@ecf.courtdrive.com

- **Steven Wayne Pepich**
  stevep@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Daniel J. Pfefferbaum**
  dpfefferbaum@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Karen Pieslak Pohlmann**
  karen.pohlmann@morganlewis.com

- **Sara B. Polychron**
  spolychron@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Carole Schwartz Rendon**
  crendon@bakerlaw.com

- **Geoffrey J. Ritts**
  gjritts@jonesday.com,docketnortheast@jonesday.com

- **Darren J Robbins**
  tedp@rgrdlaw.com

- **Scott B. Scheinberg**
  sscheinberg@jonesday.com

- **Steven S. Scholes**
  sscholes@mwe.com

- **Kevin Shen Sciarani**
  ksciarani@rgrdlaw.com,KSciarani@ecf.courtdrive.com,E_File_SD@rgrdlaw.com,tdevries@rgrdlaw.com

- **Victoria Lynn Serrani**
  vlserrani@bmdllc.com

- **Yiqing Shi**
  yiqing.shi@arnoldporter.com

- **Joshua N. Shinbrot**
  joshua.shinbrot@davispolk.com

- **Jessica Tally Shinnefield**
  jshinnefield@rgrdlaw.com,E_File_SD@rgrdlaw.com,ChristC@rgrdlaw.com,JShinnefield@ecf.courtdrive.com

- **Douglas L. Shively**
  dshively@bakerlaw.com

- **Hannah M. Smith**
  hannah.smith@tuckerellis.com,christen.wilk@tuckerellis.com

- **Mark Soloman**
  marks@rgrdlaw.com

- **Stephen G Sozio**
  sgsozio@jonesday.com

- **Hillary Bryn Stakem**
  hstakem@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **George A. Stamboulidis**
  gstamboulidis@bakerlaw.com

- **Joseph J. Tabacco, Jr.**
  jtabacco@bermantabacco.com

- **Jeremy R Teaberry**
  teaberryj@ballardspahr.com

- **Robert Ward Trafford**
  rtrafford@porterwright.com,tmagley@porterwright.com

- **Emilia McKee Vassallo**
  mckeevassalloe@ballardspahr.com

- **Robert J. Wagoner**
  bob@dwslaw.com,bob@wagonerlawoffice.com

- **Victor A Walton , Jr**
  vawalton@vorys.com,kjwooldridge@vorys.com

- **Daniel Rubin Warren**
  dwarren@bakerlaw.com

- **Lesley Weaver**
  lweaver@bfalaw.com

- **Dan K Webb**
  dwebb@winston.com

- **Brian S. Weinstein**
  brian.weinstein@davispolk.com,shanaye.carvajal@davispolk.com,ecf.ct.papers@davispolk.com

- **Brittany Marie Wilson**
  wilsonbm@ballardspahr.com

- **Jill Winter**
  jwinter@orrick.com,autodocket@buckleyfirm.com,docket@buckleyfirm.com

- **Nicole Rene Woods**
  nicole.woods@icemiller.com,thyrza.skofield@icemiller.com

- **Michael J. Zbiegien , Jr**
  mzbiegien@taftlaw.com,aoverly@taftlaw.com,cle_docket_assist@taftlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`