No. 23-0304

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 16, 2023
KELLY L. STEPHENS, Clerk

In re: JAMES F. PEARSON,

    Petitioner.

Before: CLAY, GIBBONS, and LARSEN, Circuit Judges.

# JUDGMENT

On Petition for Permission to Appeal.
United States District Court for the Southern District of Ohio at Columbus.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the petition for permission to appeal is GRANTED.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk