# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | No. 2:20-cv-03785-ALM-KAJ |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS | Judge Algenon L. Marbley |
| | Magistrate Judge Kimberly A. Jolson |
| MFS Series Trust I, et al., | Case No. 2:21-cv-05839-ALM-KAJ |
| Plaintiffs, | |
| vs. | |
| FirstEnergy Corp., et al., | |
| Defendants. | |
| Brighthouse Funds Trust II – MFS Value Portfolio, et al., | Case No. 2:22-cv-00865-ALM-KAJ |
| Plaintiffs, | |
| vs. | |
| FirstEnergy Corp., et al., | |
| Defendants. | |

**FIRSTENERGY CORP.'S NOTICE OF OBJECTIONS
TO SPECIAL MASTER'S NOVEMBER 29, 2023 PRIVILEGE DECISION**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 53(f) and Section II.D of this Court's Order Appointing Special Master (ECF No. 541), Defendant FirstEnergy Corp. ("FirstEnergy") objects to the Special Master's November 29, 2023 Order (ECF No. 571), including the findings of fact and conclusions of law therein, and that FirstEnergy will file and serve its brief in support of its objections on or before the December 20, 2023 deadline.

Dated:  November 29, 2023

Respectfully,

*/s/ Thomas D. Warren*
Thomas D. Warren, Trial Attorney (0077541)
WARREN TERZIAN LLP
30799 Pinetree Road, Suite 345
Pepper Pike, OH  44124
Telephone:  (213) 410-2620
tom.warren@warrenterzian.com

Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)
David M.J. Rein (*pro hac vice*)
Beth D. Newton (*pro hac vice*)
Nicholas F. Menillo (*pro hac vice*)
Hilary M. Williams (*pro hac vice*)
Tasha N. Thompson (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000

Kamil R. Shields (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006
Telephone:  (202) 956-7040

*Counsel for Defendant FirstEnergy Corp.*

**DECLARATION OF SERVICE**

I certify that the foregoing was filed electronically on November 29, 2023.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Thomas D. Warren*
Thomas D. Warren (0077541)

*Counsel for Defendant FirstEnergy Corp.*
