# EXHIBIT 1

# Short Message Report

| Conversations: 1 | Participants: 3 |
|---|---|
| Total Messages: 8 | Date Range: 8/20/2019 |

## Outline of Conversations

NODISPLAY  8 messages on 8/20/2019 • +13302854513 • Charles Jones • Matt Evans

Exhibit
484
25th Jul 2023

Confidential                                                                                                          FE_CIV_SEC_0251261

**Messages in chronological order** (times are shown in GMT -04:00)

| | NODISPLAY | |
|---|---|---|
| # | **+13302854513** <br> First time in 10 years. Need Ohio rate freeze til 2029 and we'll get it to $50. | 8/20/2019, 1:05 AM |
| ME | **Matt Evans** <br> I like the sound of that. | 1:09 AM |
| # | **+13302854513** <br> Probably will drop today with Supreme Court decision. | 9:51 AM |
| ME | **Matt Evans** <br> What happened. I'm in Ohio U bd mtg | 9:55 AM |
| # | **+13302854513** <br> They refused to rehear DMR decision. | 9:56 AM |
| ME | **Matt Evans** <br> Oh ok. Street prob expected that no? | 9:56 AM |
| # | **+13302854513** <br> They'll still over react. Hopefully bankruptcy court gets done today or tomorrow. It will offset. | 9:57 AM |
| ME | **Matt Evans** <br> Hopefully. | 10:05 AM |