# EXHIBIT 2

**From:** "Yeboah-Amankwah, Ebony" <eyeboah@firstenergycorp.com>
**To:** "Jones, Charles E." <jonesc@firstenergycorp.com>
**Cc:** "Walker, Christine L" <clwalker@firstenergycorp.com>
**Subject:** Re: Jones 10b5-1 Plan
**Date:** Fri, 10 Apr 2020 16:48:47 +0000
**Importance:** Normal

---

Got it. FYI - the next window is scheduled to open on April 28th.

Sent from my iPad

On Apr 10, 2020, at 12:44 PM, Jones, Charles E. <jonesc@firstenergycorp.com> wrote:

FYI. During the next allowable period, I would like to set up an additional plan to sell 200,000 shares when the price hits $50 again. I would like the plan to be in place for 1 year from signing. If the stock doesn't get back to $50 in the next year, then I'll file something else after this one elapses. With dividends and the stock options that will also trigger at $50, my holdings will be about 20 times my base pay so almost 3 times my ownership guidelines. It's time to start diversifying and making sure my family and family foundation are protected. Thanks.

Sent from my iPad

Begin forwarded message:

**From:** Donald Misheff <dmisheff@gmail.com>
**Date:** April 9, 2020 at 6:31:13 PM EDT
**To:** "Jones, Charles E." <jonesc@firstenergycorp.com>
**Cc:** JimO'Neil <jfoneil2016@gmail.com>
**Subject: Re: Jones 10b5-1 Plan**

Exhibit 485
25th Jul 2023

I don't think it's necessary to inform the full board and it's certainly prudent planning to diversify. I think I'll window opens up at the end of the month as ability to buy I checked with Ebony today. PS Cindy's dad did pass away this afternoon I'll be in touch tomorrow.

Sent from my iPhone

On Apr 9, 2020, at 5:35 PM, Jones, Charles E. <jonesc@firstenergycorp.com> wrote:

Don, Jim,

I met with my financial advisors yesterday (virtually). I am planning to enter into a 10b5-1 plan to sell some stock hopefully sometime later this year. I plan to trigger the sale when the stock gets back to $50. I will remain at all must 3 times my share ownership requirement after the sale, about 20 times my salary. My ownership requirement is 7 times. I know we talked about this in the Compensation

Committee but I just wanted to let you both know. If you think I should inform the entire Board, let me know. Thanks.


Sent from my iPad

-------------------------------------------------------------------------


The information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately, and delete the original message.

Confidential

FE_CIV_SEC_0669855