# EXHIBIT 4

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 6 | Date Range: 7/23/2019 |

## Outline of Conversations

   NODISPLAY  6 messages on 7/23/2019 • Charles Jones Jr • Sam Randazzo

**Exhibit 00099**

**Messages in chronological order** (times are shown in GMT -04:00)

| | **NODISPLAY** |

CJ **Charles Jones Jr** — 7/23/2019, 3:16 PM
Thanks for your leadership on a very challenging issue. There are 2000 Ohio families that will sleep better tonight. This is a good insurance policy for all Ohio electric customers too.  It's great to have real leadership in our State. Please call if you get a moment.

SR **Sam Randazzo** — 3:22 PM
Thanks Chuck - I am in a hearing on a wind farm that will likely go late. I will call.

CJ **Charles Jones Jr** — 4:11 PM
Evans is having a monument built to go in front of the plants!



Image: Image-1.jpg (235 KB)

SR **Sam Randazzo** — 4:13 PM
Ha - I get the small space again.

CJ **Charles Jones Jr** — 4:14 PM
Not in my book - your the only one without a big head.

SR **Sam Randazzo** — 4:15 PM
Funny.