UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) No. 2:20-cv-03785-ALM-KAJ )  ) CLASS ACTION ) |
| This Document Relates To:  ALL ACTIONS. | ) Judge Algenon L. Marbley ) Magistrate Judge Kimberly A. Jolson ) ) ) |

NOTICE OF FILING OF LEAD PLAINTIFF MOVANT-VICTIM'S MOTION AND BRIEF TO (1) CLARIFY OR, IN THE ALTERNATIVE, MODIFY APRIL 24, 2024 CONFIDENTIALITY AGREEMENT AND STIPULATED PROTECTIVE ORDER AND (2) SET TRIAL DATE

MURRAY MURPHY MOUL
 + BASIL LLP
JOSEPH F. MURRAY (0063373)
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com


Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (*pro hac vice*)
MARK SOLOMON (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
marks@rgrdlaw.com

Class Counsel

4869-7131-1604.v1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT, on October 30, 2024, Lead Plaintiff Los Angeles County Employees Retirement Association filed Movant-Victim's Motion and Brief to (1) Clarify or, in the Alternative, Modify April 24, 2024 Confidentiality Agreement and Stipulated Protective Order and (2) Set Trial Date in the following criminal cases: (1) *State v. Dowling*, No. CR-2024-02-0473-B (Summit Cnty. C.P.); (2) *State v. Jones*, No. CR-2024-02-0473-C (Summit Cnty. C.P.); (3) *State v. IEU-Ohio Administration Co. LLC*, No. CR-2024-02-0473-D (Summit Cnty. C.P.); and (4) *State v. Sustainability Funding Alliance of Ohio, Inc.*, No. CR-2024-02-0473-E (Summit Cnty. C.P.). *See* Exhibit A.

DATED: October 30, 2024

MURRAY MURPHY MOUL + BASIL LLP
JOSEPH F. MURRAY, Trial Attorney (0063373)

s/ Joseph F. Murray
JOSEPH F. MURRAY

1114 Dublin Road
Columbus, OH 43215
Telephone: 614/488-0400
614/488-0401 (fax)
murray@mmmb.com

Liaison Counsel

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS (*pro hac vice*)
MARK SOLOMON (*pro hac vice*)
JASON A. FORGE (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
marks@rgrdlaw.com
jforge@rgrdlaw.com

Class Counsel

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on October 30, 2024.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

s/ Joseph F. Murray
Joseph F. Murray (0063373)

4869-7131-1604.v1