UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re FIRSTENERGY CORP. SECURITIES LITIGATION | ) ) ) | No. 2:20-cv-03785-ALM-KAJ <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) | Judge Algenon L. Marbley<br>Magistrate Judge Kimberly A. Jolson |

JOINT WEEKLY DEPOSITION STATUS REPORT

4926-2903-2505.v1

I. DEPOSITIONS

A. Noticed and Scheduled Depositions

**January 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 01/09/2025 | Non-Party Laura Campos | 7:00 a.m. PT 10:00 a.m. ET Robbins Geller - 420 Lexington Ave. Suite 1832 New York, NY 10170 In-person/Remote | Plaintiffs[1] *09/30/2024 amended notice and amended subpoena* |

**February 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 02/27/2025 | Non-Party Twin Capital Management LLC (Geoff Gerber) | 6:30 a.m. PT 9:30 a.m. ET Dickie, McCamey & Chilcote 4 Gateway Center 444 Liberty Avenue Suite 1000 Pittsburgh, PA 15222 In-person/Remote | Defendant FirstEnergy Corp. *02/10/2025 notice and amended subpoena* |

---

[1] Plaintiffs are Class Representatives Los Angeles County Employees Retirement Association, Amalgamated Bank, as Trustee for the LongView LargeCap 500 Index Fund, LongView Quantitative LargeCap Fund, LongView Broad Market 3000 Index Fund, LongView LargeCap 500 Index Fund VEBA, LV LargeCap 1000 Value Index Fund, LongView Quantitative MidCap Fund, LongView Quant LargeCap Equity VEBA Fund and LongView Core Plus Fixed Income Fund, City of Irving Supplemental Benefit Plan, and Wisconsin Laborers' Pension Fund (collectively, "Plaintiffs").

1

**March 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
|  |  |  |  |

**April 2025**

| Date | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| 04/01/2025 | Non-Party Intech Investment Management LLC (Richard Yasenchak) | 6:30 a.m. PT 9:30 a.m. ET Veritext 1400 Centrepark Blvd, Ste. 605, West Palm Beach, FL 33401 In-person/Remote | Defendant FirstEnergy Corp. *02/28/2024 amended notice and subpoena* |
| 04/23/2025 | Non-Party PGIM Quantitative Solutions LLC (f/k/a QMA, LLC) | 6:30 a.m. PT 9:30 a.m. ET Veritext 290 W. Mount Pleasant Ave Ste. 3200 Livingston, NJ 07039 In-person/Remote | Defendant FirstEnergy Corp. *03/28/2025 notice and amended subpoena* |

B.  **Noticed Depositions with No Date Set/Target Period**

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set No Target Period | Defendant Donald Misheff | TBD | Defendant Charles E. Jones *amended notice forthcoming* |
| No Date Set No Target Period | Defendant Donald R. Schneider | TBD | Defendant Charles E. Jones *amended notice forthcoming* |

4926-2903-2505.v1

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set No Target Period | Defendant Leila L. Vespoli | TBD | Defendant Charles E. Jones *amended notice forthcoming* |
| No Date Set No Target Period | Defendant Robert P. Reffner | TBD | Defendant Michael J. Dowling *amended notice forthcoming* |
| No Date Set No Target Period | Non-Party Allspring Global Investments LLC/Wells Capital Management Inc. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party BlackRock Institutional Trust Company | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Boston Partners/BNY Mellon Asset Management North America Corp. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Bowling Portfolio Management LLC | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Bradley Bingaman | TBD | Defendants Michael J. Dowling and Charles E. Jones *amended notice and subpoena forthcoming* |
| No Date Set No Target Period | Non-Party Capital Alpha Partners | TBD | Defendant FirstEnergy Corp. *02/10/2025 notice and subpoena* |
| No Date Set No Target Period | Non-Party Charles "Chuck" Moore | TBD | Defendant Donald Schneider *04/09/2025 email agreement to postpone* |

3

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set No Target Period | Non-Party Clearview Energy Partners, LLC | TBD | Defendant FirstEnergy Corp. *02/10/2025 notice and subpoena* |
| No Date Set No Target Period | Non-Party Corient Holdings Inc. | TBD | Defendant FirstEnergy Corp. *10/29/2024 served notice and subpoena* |
| No Date Set No Target Period | Non-Party Ebony Yeboah Amankwah | TBD | Defendant Michael J. Dowling *amended notice and subpoena forthcoming* |
| No Date Set No Target Period | Non-Party Federated Hermes, Inc. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Glenrock Associates LLC | TBD | Defendant FirstEnergy Corp. *02/10/2025 notice and subpoena* |
| No Date Set No Target Period | Non-Party Invesco Ltd. | TBD | Defendant FirstEnergy Corp. *1/30/2025 served notice and subpoena* |
| No Date Set May 7, 2025 – May 28, 2025 | Non-Party Jonathan Grabel | TBD | Defendant FirstEnergy Corp. *04/16/2025 amended notice* |
| No Date Set No Target Period | Non-Party Josh Rubin | TBD | Defendants Charles E. Jones and Michael Dowling *10/29/2024 email* |
| No Date Set No Target Period | Non-Party J.P. Morgan Investment Management Inc. | TBD | Defendant FirstEnergy Corp. *10/11/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Justin Biltz | TBD | Defendants Michael J. Dowling and Charles E. Jones *amended notice and subpoena forthcoming* |

4

4926-2903-2505.v1

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set No Target Period | Non-Party Loomis, Sayles & Company, L.P. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Matthew Brakey | TBD | Defendant Charles E. Jones *amended notice and subpoena forthcoming* |
| No Date Set No Target Period | Non-Party Matthew Richlovsky | TBD | Defendant Charles E. Jones * *amended notice and subpoena forthcoming* |
| No Date Set No Target Period | Non-Party Newton Investment Management North America, LLC | TBD | Defendant FirstEnergy Corp. *12/05/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Pacific Investment Management Company LLC | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Pugh Capital Management, Inc. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party RREEF America L.L.C. | TBD | Defendant FirstEnergy Corp. *10/01/2024 notice and subpoena* |
| No Date Set No Target Period | Non-Party Santino Fanelli | TBD | Defendant Charles E. Jones *amended notice and subpoena forthcoming* |
| No Date Set No Target Period | Non-Party State Street Global Advisors Inc. | TBD | Defendant FirstEnergy Corp. *11/07/2024 served notice and subpoena* |
| No Date Set No Target Period | Non-Party State Street Bank and Trust Company | TBD | Defendant FirstEnergy Corp. *03/10/2025 served notice and subpoena* |

5

4926-2903-2505.v1

| Date/Target Period | Deponent | Location and Time | Noticing Party |
|---|---|---|---|
| No Date Set<br>No Target Period | Non-Party Steven Staub | TBD | Defendant Charles E. Jones<br>*amended notice and subpoena forthcoming* |
| No Date Set<br>No Target Period | Non-Party The Bank of New York Mellon Corp. | TBD | Defendant FirstEnergy Corp.<br>*11/04/2024 served notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Wells Fargo Clearing Services, LLC | TBD | Defendant FirstEnergy Corp.<br>*12/20/2024 served notice and subpoena* |
| No Date Set<br>No Target Period | Non-Party Western Asset Management Company | TBD | Defendant FirstEnergy Corp.<br>*10/01/2024 notice and subpoena* |

Dated: April 22, 2025

Respectfully submitted,

s/ Joseph F. Murray
Joseph F. Murray, Trial Attorney (0063373)
MURRAY MURPHY MOUL
  + BASIL LLP
1114 Dublin Road
Columbus, OH  43215
Telephone:  614/488-0400
614/488-0401 (fax)
murray@mmmb.com

*Liaison Counsel*

Darren J. Robbins (*pro hac vice*)
Mark Solomon (*pro hac vice*)
Jason A. Forge (*pro hac vice*)
ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

s/ Paul J. Schumacher (with permission)
Paul J. Schumacher, Trial Attorney (0014370)
DICKIE, MCCAMEY & CHILCOTE, P.C.
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, OH  44114
Telephone: 216/ 685-1827
pschumacher@dmclaw.com

Richard J. Silk, Jr.
DICKIE, MCCAMEY & CHILCOTE, P.C.
10 W. Broad Street, Suite 1950
Columbus, OH  43215
Telephone:  614/ 258-6000
rsilk@dmclaw.com

Robert J. Giuffra, Jr. (*pro hac vice*)
Sharon L. Nelles (*pro hac vice*)

6

darrenr@rgrdlaw.com
marks@rgrdlaw.com
jforge@rgrdlaw.com

*Class Counsel*

David M.J. Rein (*pro hac vice*)
Beth D. Newton (*pro hac vice*)
Hilary M. Williams (*pro hac vice*)
Nicholas F. Menillo (*pro hac vice*)
Casey A. Dennis (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: 212/558-4000
212/558-3588 (fax)
giuffrar@sullcrom.com
nelless@sullcrom.com
reind@sullcrom.com
newtonb@sullcrom.com
williamsh@sullcrom.com
menillon@sullcrom.com
dennisc@sullcrom.com

Kamil R. Shields (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Ave., N.W., Suite 700
Washington, DC 20006
Telephone: 202/956-7040
202/293-6330 (fax)
shieldska@sullcrom.com

*Attorneys for Defendant FirstEnergy Corp.*

s/ Carole S. Rendon (with permission)
Carole S. Rendon, Trial Attorney (0070345)
Douglas L. Shively (0094065)
Daniel R. Warren (0054595)
Rachael L. Israel (0072772)
Jeremy Steven Dunnaback (0098129)
BAKER & HOSTETLER LLP
Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216/621-0200
216/696-0740 (fax)
crendon@bakerlaw.com
dshively@bakerlaw.com
dwarren@bakerlaw.com
risrael@bakerlaw.com
jdunnaback@bakerlaw.com

Albert G. Lin (0076888)
BAKER & HOSTETLER LLP

s/ Geoffrey J. Ritts (with permission)
Geoffrey J. Ritts (0062603)
Robert S. Faxon (0059678)
Corey A. Lee (0099866)
Adrienne F. Mueller (0076332)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: 216/586-3939
216/579-0212 (fax)
gjritts@jonesday.com
rfaxon@jonesday.com
calee@jonesday.com
afmueller@jonesday.com

Marjorie P. Duffy (0083452)
M. Ryan Harmanis (0093642)
Shalini B. Goyal (0093642)

7

4926-2903-2505.v1

200 Civic Center Drive, Suite 1200
Columbus, OH 43215
Telephone:  614-228-1541
614-462-2616 (fax)
alin@bakerlaw.com

George A. Stamboulidis (*pro hac vice*)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY  10111
Telephone: 212/589-4211
212/589-4201 (fax)
gstamboulidis@bakerlaw.corn

William S. Scherman (*pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC  20037
Telephone:  202/639.6500
202/639.6604 (fax)
wscherman@velaw.com


*Attorneys for Defendant Charles E. Jones*

s/ Douglas M. Mansfield (with permission)
Douglas M. Mansfield (0063443)
LAPE MANSFIELD NAKASIAN
  & GIBSON, LLC
9980 Brewster Lane, Suite 150
Powell, OH  43065
Telephone:  614/763-2316
614/467-3704 (fax)
dmansfield@lmng-law.com

Elizabeth A. Benshoff (0098080)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH  43215
Telephone:  614/469-3939
614/461-4198 (fax)
mpduffy@jonesday.com
rharmanis@jonesday.com
sgoyal@jonesday.com
ebenshoff@jonesday.com

Jordan M. Walsh (*pro hac vice*)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA  15219-2514
Telephone:  412/391-3939
412/394-7959 (fax)
jmwalsh@jonesday.com




*Attorneys for Defendants Steven E. Strah, K. Jon Taylor, Jason J. Lisowski, George M. Smart, Paul T. Addison, Michael J. Anderson, Steven J. Demetriou, Julia L. Johnson, Donald T. Misheff, Thomas N. Mitchell, James F. O'Neil III, Christopher D. Pappas, Sandra Pianalto, Luis A. Reyes, Jerry Sue Thornton, and Leslie M. Turner*

s/ John F. McCaffrey (with permission)
John F. McCaffrey (0039486)
John A. Favret (0080427)
Melissa Z. Kelly (0077441)
Hannah M. Smith (0090870)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113
Telephone:  216/592-5000
216/592-5009 (fax)
john.mccaffrey@tuckerellis.com
john.favret@tuckerellis.com
melissa.kelly@tuckerellis.com
hannah.smith@tuckerellis.com

4926-2903-2505.v1

| | |
|---|---|
| Michael L. Kichline (*pro hac vice*) <br> Eric W. Sitarchuk (*pro hac vice*) <br> Laura H. McNally (*pro hac vice*) <br> Karen Pieslak Pohlmann (*pro hac vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 2222 Market Street <br> Philadelphia, PA 19103-3007 <br> Telephone:  215/963-5000 <br> 215/963-5001 (fax) <br> michael.kichline@morganlewis.com <br> laura.mcnally@morganlewis.com <br> karen.pohlmann@morganlewis.com <br><br> *Attorneys for Defendant Dennis M. Chack* | Dan K. Webb (*pro hac vice*) <br> Steve Grimes (*pro hac vice*) <br> A. Matthew Durkin (*pro hac vice*) <br> WINSTON & STRAWN, LLP <br> 35 W. Wacker Drive <br> Chicago, IL  60601 <br> Telephone:  312/558-5600 <br> 312/558-5700 (fax) <br> sgrimes@winston.com <br> dwebb@winston.com <br> mdurkin@winston.com <br><br> *Attorneys for Defendant Michael J. Dowling* |
| s/ Brian P. O'Connor (with permission) <br> Brian P. O'Connor (0086646) <br> SANTEN & HUGHES <br> 600 Vine Street, Suite 2700 <br> Cincinnati, OH  45202 <br> Telephone:  513/721-4450 <br> 513/852-5994 (fax) <br> bpo@santenhughes.com | s/ Derek P. Hartman (with permission) <br> Derek P. Hartman (0087869) <br> CAVITCH FAMILO <br>   & DURKIN CO., L.P.A. <br> 1300 East Ninth Street, 20th Floor <br> Cleveland, OH 44114 <br> Telephone:  216/621-7860 <br> dhartman@cavitch.com |

9

4926-2903-2505.v1

| | |
|---|---|
| Preston Burton (*pro hac vice*)<br>Adam Miller (*pro hac vice*)<br>Jill Winter (*pro hac vice*)<br>Whitney Alcorn (*pro hac vice*)<br>ORRICK, HERRINGTON&<br>    SUTCLIFFE LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC  20037<br>Telephone:  202/349-8000<br>202/349-8080 (fax)<br>pburton@orrick.com<br>adam.miller@orrick.com<br>jwinter@orrick.com<br>whitney.busch@orrick.com<br><br>*Attorneys for Defendant Donald R. Schneider* | David L. Axelrod (*pro hac vice*)<br>M. Norman Goldberger (*pro hac vice*)<br>Laura E. Krabill (*pro hac vice*)<br>Hannah L. Welsh (*pro hac vice*)<br>Erin K. Fountaine (*pro hac vice*)<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103-7599<br>Telephone:  215/665-8500<br>215/864-8999 (fax)<br>axelrodd@ballardspahr.com<br>goldbergerm@ballardspahr.com<br>krabilll@ballardspahr.com<br>welshh@ballardspahr.com<br>fountainee@ballardspahr.com<br><br>*Attorneys for Defendant James F. Pearson* |

4926-2903-2505.v1

s/ James E. Arnold (with permission)
James E. Arnold (0037712)
Gerhardt A. Gosnell II (0064919)
ARNOLD & CLIFFORD LLP
115 W. Main St., Fourth Floor
Columbus, OH  43215
Telephone:  614/460-1600
614/469-1093 (fax)
jarnold@arnlaw.com
ggosnell@arnlaw.com

Veronica E. Callahan (*pro hac vice*)
Aaron F. Miner (*pro hac vice*)
Yiqing Shi (*pro hac vice*)
ARNOLD & PORTER KAYE
  SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
Telephone:  212/836-8000
212/836-8689 (fax)
aaron.miner@arnoldporter.com
veronica.callahan@arnoldporter.com
yiqing.shi@arnoldporter.com

s/ John C. Fairweather (with permission)
ROETZEL & ANDRESS, LPA
222 South Main Street, Suite 400
Akron, OH  44308
Telephone:  330/376-2700
330/376-4577 (fax)
jfairweather@ralaw.com

David Sporar (0086640)
ROETZEL & ANDRESS, LPA
600 Superior Avenue East, Suite 1600
Cleveland, OH  44114
Telephone:  216/623-0150
216/623-0134 (Fax)
dsporar@ralaw.com

Steven S. Scholes
Paul M.G. Helms
Emilie E. O'Toole
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
sscholes@mwe.com
phelms@mwe.com
eotoole@mwe.com

*Attorneys for Defendant Leila L. Vespoli*

s/ Andrew P. Guran (with permission)
Andrew P. Guran (0090649)
VORYS, SATER, SEYMOUR
  & PEASE LLP
50 South Main Street, Suite 1200
Akron, OH  44308-1471
Telephone:  330/208-1000
330/208-1001 (fax)
apguran@vorys.com

*Attorneys for Defendant Robert P. Reffner*

s/ Robert W. Trafford (with permission)
Robert W. Trafford, Trial Attorney (0040270)
David S. Bloomfield, Jr. (0068158)
PORTER, WRIGHT, MORRIS
  & ARTHUR LLP
41 South High Street, Suite 2900
Columbus, OH  43215-6194
Telephone:  614/227-2000
614/227-2100 (fax)
rtrafford@porterwright.com
dbloomfield@porterwright.com

4926-2903-2505.v1

<div style="column-count:2">

Victor A. Walton, Jr. (0055241)
Joseph M. Brunner (0085485)
VORYS, SATER, SEYMOUR
  & PEASE LLP
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, OH  45202
Telephone:  513/723-4000
513/723-4056 (fax)
vawalton@vorys.corn
jmbrunner@vorys.com

Emily J. Taft (0098037)
VORYS, SATER, SEYMOUR
  & PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
Telephone:  614/464-5432
 614/ 464-5432 (fax)
ejtaft@vorys.com

*Attorneys for Defendant John Judge*

Brian S. Weinstein (*pro hac vice*)
Eric M. Kim (*pro hac vice*)
Joshua N. Shinbrot (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017
Telephone:  202/450-4000
brian.weinstein@davispolk.com
eric.kim@davispolk.com
joshua.shinbrot@davispolk.com

*Attorneys for the Underwriter Defendants Barclays Capital Inc., BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Mizuho Securities USA LLC, PNC Capital Markets LLC, RBC Capital Markets, LLC, Santander Investment Securities Inc., Scotia Capital (USA) Inc., SMBC Nikko Securities America, Inc., CIBC World Markets Corp., KeyBanc Capital Markets Inc., TD Securities (USA) LLC, U.S. Bancorp Investments, Inc., and MUFG Securities Americas Inc.*

</div>

4926-2903-2505.v1

<div style="text-align: right;">

s/ Matthew L. Fornshell (with permission)
Matthew L. Fornshell, Trial Attorney (0062101)
ICE MILLER LLP
250 West Street, Suite 700
Columbus, OH 43215-7509
Telephone: 614/ 462-2700
614/ 462-5135 (fax)
matthew.fornshell@icemiller.com

Steven E. Fineman (*pro hac vice*)
Daniel P. Chiplock (*pro hac vice*)
Michael J. Miarmi (*pro hac vice*)
John T. Nicolaou (*pro hac vice*)
Gabriel A. Panek (*pro hac vice*)
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone: 212/355-9500
(212) 355-9592 (fax)
sfineman@lchb.com
dchiplock@lchb.com
mmiarmi@lchb.com
jnicolaou@lchb.com
gpanek@lchb.com

Richard M. Heimann (*pro hac vice*)
Bruce W. Leppla (*pro hac vice*)
Michael K. Sheen (*pro hac vice*)
LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: 415/956-1000
415/956-1008 (fax)
rheimann@lchb.com
bleppla@lchb.com
msheen@lchb.com

*Attorneys for Opt-Out Plaintiffs*

</div>

13

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing was filed electronically on April 22, 2025.  Notice of this filing will be sent to all electronically registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<div style="text-align:right">
s/ Joseph F. Murray<br>
Joseph F. Murray (0063373)
</div>