IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

* * *

IN RE: FIRSTENERGY CORP., SECURITIES LITIGATION — CIVIL ACTION NO. 2:20-cv-3785

* * *

THIS DOCUMENT RELATES TO:
ALL ACTIONS.

* * *

STATUS CONFERENCE HELD BEFORE
SPECIAL MASTER SHAWN JUDGE

* * *

THURSDAY, MAY 29, 2025
STARTING AT 11:02 A.M.

* * *

TAKEN REMOTELY VIA ZOOM VIDEOCONFERENCE
REPORTER: KIMBERLY C. CAUSLIN GWINN
JOB NUMBER 7042478

* * *

APPEARANCES (ALL PARTIES PRESENT REMOTELY):

On behalf of the Class Plaintiffs:

Robins Geller Rudman & Dowd, LLP
By: Jason Forge
Kevin S. Sciarani
Rachel Cocalis
Justin G. Oetting
Ting Liu
Jeremy Daniels
Attorneys at Law
655 West Broadway
San Diego, California 92101
jforge@rgrdlaw.com
kscariani@rgrdlaw.com
rcocalis@rgrdlaw.com
joetting@rgrdlaw.com
tliu@rgrdlaw.com
jdaniels@rgrdlaw.com

and

Murray Murphy Moul + Basil LLP
By: Brian Murphy
Attorney at Law
1114 Dublin Road
Columbus, Ohio 43215
murphy@mmmb.com

On behalf of the Direct-Action Plaintiffs:

Lieff Cabraser Heimann & Bernstein, LLP
By: Michael Miarmi
Attorney at Law
250 Hudson Street
Eighth Floor
New York, New York 10013
Mmiarmi@lchb.com

On behalf of the Defendant FirstEnergy:

Sullivan & Cromwell LLP

By: David M. J. Rein
Nicholas F. Menillo
Hilary M. Williams
Sharon L. Nelles
Brian Gottlieb
Attorneys at Law
125 Broad Street
New York, New York 10004
ReinD@sullcrom.com
MenilloN@sullcrom.com
WilliamsH@sullcrom.com
NellesS@sullcrom.com
GottliebB@sullcrom.com

On behalf of the Defendants Steven Strah; K. Jon Taylor; Jason J. Lisowski; George M. Smart; Paul T. Addison; Michael J. Anderson; Steven J. Demetriou; Julia L. Johnson; Donald T. Misheff; Thomas N. Mitchell, James F. O'Neill, III; Christopher D. Pappas; Sandra Pianalto; Luis A. Reyes; Jerry Sue Thornton; and Leslie M. Turner:

Jones Day

By: Geoffrey J. Ritts
Attorney at Law
901 Lakeside Avenue
Cleveland, Ohio 44114
gjritts@jonesday.com

and

Jones Day

By: Marjorie P. Duffy
Attorney at Law
325 John H. McConnell Boulevard
Suite 600
Columbus, Ohio 43215
mpduffy@jonesday.com

On behalf of the Defendant Charles E. Jones:

Baker & Hostetler
By: Carole S. Rendon
Rachael L. Israel
Attorneys at Law
Key Tower Suite 2000
127 Public Square
Cleveland, Ohio 44114
CRendon@bakerlaw.com
RIsrael@bakerlaw.com

On behalf of the Defendant Donald Schneider:

Orrick, Herrington & Sutcliffe, LLP

By: Preston Burton
Attorney at Law
1152 15th Street NW
Columbia Center
Washington, D.C. 20005
PBurton@orrick.com

and

Santen & Hughes
By: Brian P. O'Connor
Attorney at Law
600 Vine Street
Suite 799
Cincinnati, Ohio
Bpo@santenhughes.com

On behalf of the Defendant Michael Dowling:

Tucker Ellis LLP

By: John F. McCaffrey
John A. Favret
Attorneys at Law
950 Main Avenue
Suite 1100
Cleveland, Ohio 44113
john.mccaffrey@tuckerellis.com
john.favret@tuckerellis.com

On behalf of the Defendant Leila Vespoli:
Arnold & Porter
By: Aaron F. Miner
Attorney at Law
250 West 55th Street
New York, New York 10019-9710
aaron.miner@arnoldporter.com

On behalf of the Defendant John Judge:
Vorys, Sater, Seymour and Pease, LLP
By: Andrew P. Guran
Attorney at Law
50 South Main Street
Suite 1200
Akron, Ohio 44308
apguran@vorys.com

On behalf of the Defendant James Pearson:
Ballard Spahr LLP
By: David L. Axelrod
Erin Fountaine
Attorneys at Law
1735 Market Street
51st Floor
Philadelphia, Pennsylvania 19103
axelrodd@ballardspahr.com
fountainee@ballardspahr.com

On behalf of the Defendant Dennis Chack:
Morgan, Lewis & Bockius LLP
By: Karen Pohlmann
Attorney at Law
1701 Market Street
Philadelphia, Pennsylvania 19103
Karen.Pohlmann@morganlewis.com

On behalf of The Underwriter Defendants:

Davis Polk & Wardwell LLP
By: Eric M. Kim
John Chapman, III
Attorneys at Law
450 Lexington Avenue
New York, New York 10017
Eric.Kim@davispolk.com
John.Chapman@davispolk.com

and

Porter, Wright, Morris & Arthur LLP
By: David S. Bloomfield, Jr.
Attorney at Law
41 South High Street
Suite 2900
Columbus, Ohio 43215
dbloomfield@porterwright.com

On behalf of the Defendant Robert Reffner:

Roetzel & Andress

By: John C. Fairweather
Attorney at Law
222 South Main Street
Suite 400
Akron, Ohio 44308
jfairweather@ralaw.com

ALSO PRESENT:

Kayla Yoon

* * *

PROCEEDINGS

* * *

SPECIAL MASTER JUDGE: Let's go on the record. Good morning, everyone. It's 11:02. It's May 29, 2025, and we are here for the consolidated FirstEnergy status conference hearing for this week. I saw a notice to any preconference filings. What I wanted to address today was any issues that you have in mind as well as the weekly status report.

I reviewed that filing in the ECF 811 in the main case and we have quite a few depositions to be set. We have some set for September. We have none set for June and July or August. I was hoping to see some of those dates of those months fill in. I noticed that a lot of cases for depositions are being noticed by Defendants Jones and Dowling. There were some target dates set for the June, July period.

So I will start with either counsel for Defendant Jones or Dowling. Mr. McCaffrey for Dowling, you can go first. Give me an update where you are in getting these things scheduled.

MS. RENDON: Special Master Judge, we did have target dates in June and July. Those

dates were not available for various reasons for the deponents and their counsel, which is why those depositions have been moved into September.

SPECIAL MASTER JUDGE: And most of these, it looks like a lot of these were third party, but not all of them were.

MS. RENDON: No, Don Schneider is a party.

SPECIAL MASTER JUDGE: Yeah.

MS. RENDON: I mean, I'm sorry, Don Misheff is a party.

MR. McCAFFREY: We do have -- Carole, we do have one individual, Mr. Knipe, K N I P E, who has been scheduled for June 26 and 27. And I believe FirstEnergy counsel is representing Mr. Knipe in connection with that.

MR. MENILLO: That is correct.

SPECIAL MASTER JUDGE: Let's jump over to FirstEnergy. I think you've noticed quite a few or have expressed an intent to be noticing party of quite a few. What about June, July, August?

MR. MENILLO: Sir, we are working through documents we have received from some of the investment advisor entities that we've sent

subpoenas to and working to get target periods once we've reviewed those documents. So June and July are -- are options. We're just working towards that goal.

SPECIAL MASTER JUDGE: I appreciate that. Can you -- I mean, when you say you were working towards that goal, will there be a likelihood that you'll be filling in those dates? I hate to lose three months here.

MR. MENILLO: Certainly in July. I'm not sure if we'll get anything on the calendar for June. A lot of this is nonparty, so it depends on their availability, of course, but we're pushing as hard as we can.

SPECIAL MASTER JUDGE: I appreciate it. Mr. Forge for plaintiff?

MR. FORGE: We are, as I indicated the last time we spoke, holding out hope against reality that we're going to get a decision from the Sixth Circuit on the internal investigation documents. But really, to be blunt, the witnesses whose depositions were derailed because of what went on with the Ohio AG, those are -- those are some of the most important witnesses for us; but, of course, we wanted to have all of the

information before we depose them.

So in terms of how we're going to hit the ground running, if and when we get the decision on the internal investigation documents, we're going to have to see -- I'm assuming that we're going to get the decision on that issue around, if not at the same time, we get the class certification. So those -- those decisions are going to dictate to our priorities going forward.

If we have to redo class certification, that's going to be the priority because, obviously, there's some utility in putting off fact depositions until after January of 2026. As awful as that sounds, that's just the reality.

SPECIAL MASTER JUDGE: Yeah, I agree. The direct-action plaintiffs, anything from you?

MR. MIARMI: Thanks, Special Master Judge. Mike Miarmi from Lieff Cabraser. We're really in the same position as class plaintiffs, class counsel and, of course, pursuant to the Court's orders about coordination, we have and will continue to coordinate with them successfully on depositions, but really nothing more to say on that beyond what Mr. Forge said.

SPECIAL MASTER JUDGE: And I appreciate that. I was hoping -- hoping to put a little bit of pressure, but I understand circumstances are what they are and we can't do anything about it. I ask that any that you can get done, at least get concrete dates for September and October and going forward set.

From a transparency standpoint, here's what I'm working on related to this case. We have some filings that are coming in regarding the prior submission, ex-parte in camera submission by Ohio EIE, LEAU (phonetic). They came in a very disjointed manner and they're being resubmitted. They need a little bit extra time. They end at close of business today.

I'm working my way through yesterday and today on the Ohio AG submissions and I anticipate Saturday, Sunday and going forward I'll be working my way through the Jones and Dowling submissions that were supplied in camera on an ex-parte basis, and I will hopefully be divulging decisions relatively soon on all of those issues that are still outstanding.

Is there anything we need to discuss today or any problems that need to be addressed

while we're on the horn, anybody?

MR. FORGE: No from class plaintiffs, sir. I have good news to share. We were able to work through a document dispute with Energy Harbor. So that's one less issue that we'll have to bring. And having worked through that, that will probably enable us to get one or two depositions on the calendar in fairly short order related to Energy Harbor.

SPECIAL MASTER JUDGE: I like hearing that. Plaintiffs get a gold star for the day --

MR. FORGE: Great.

SPECIAL MASTER JUDGE: -- for whatever that's worth. Any other issues from anybody or anything we need to talk about? Hearing none, I don't want to keep you and delay you. Everyone have a good week and we will convene next week as needed. Thank you. We're off the record. Take care, everyone.

(Thereupon, the proceeding was concluded at 11:10 a.m.)

STATE OF OHIO )
COUNTY OF GREENE ) SS: CERTIFICATE

I, Kimberly C. Causlin Gwinn, a Notary Public within and for the State of Ohio, duly commissioned and qualified,

DO HEREBY CERTIFY that the above-named proceeding was reduced to writing by me stenographically in the presence of the parties and thereafter reduced to typewriting.

I FURTHER CERTIFY that I am not a relative or Attorney of either party nor in any manner interested in the event of this action.

IN WITNESS WHEREOF, I have hereunto set my hand and seal of office at Xenia, Ohio, on this 30th day of May, 2025.

Kimberly C. Causlin Gwinn

KIMBERLY C. CAUSLIN GWINN
NOTARY PUBLIC, STATE OF OHIO
My commission expires 9-4-2029

**&**

**&** 2:3,18 3:2 4:2,8,14 5:2,19 6:2,8,13

**1**

**10004** 3:6
**10013** 2:21
**10017** 6:5
**10019-9710** 5:4
**1100** 4:22
**1114** 2:15
**1152** 4:10
**11:02** 1:15 7:4
**11:10** 12:21
**1200** 5:9
**125** 3:6
**127** 4:5
**15th** 4:10
**1701** 5:21
**1735** 5:15
**19103** 5:16,21

**2**

**2000** 4:4
**20005** 4:11
**2025** 1:14 7:5 13:15
**2026** 10:14
**222** 6:15
**22257** 13:19
**250** 2:20 5:4
**26** 8:14
**27** 8:15
**29** 1:14 7:5
**2900** 6:10
**2:20** 1:6

**3**

**30th** 13:15
**325** 3:21
**3785** 1:6

**4**

**400** 6:16
**41** 6:10
**43215** 2:15 3:22 6:11
**44113** 4:23
**44114** 3:17 4:5
**44308** 5:10 6:16
**450** 6:4

**5**

**50** 5:9
**51st** 5:15
**55th** 5:4

**6**

**600** 3:22 4:16
**655** 2:7

**7**

**7042478** 1:19
**799** 4:16

**8**

**811** 7:11

**9**

**9-4-2029** 13:20
**901** 3:16
**92101** 2:8
**950** 4:22

**a**

**a.m.** 1:15 12:21
**aaron** 5:3
**aaron.miner** 5:5
**able** 12:3
**above** 13:6
**action** 1:5 2:17 10:17 13:12
**actions** 1:9
**addison** 3:11
**address** 7:8
**addressed** 11:25
**advisor** 8:25
**ag** 9:23 11:17
**agree** 10:16
**akron** 5:10 6:16
**anderson** 3:11
**andress** 6:13
**andrew** 5:8
**anticipate** 11:18
**anybody** 12:1 12:15
**apguran** 5:10
**appearances** 2:1
**appreciate** 9:5 9:15 11:2
**arnold** 5:2
**arnoldporter....** 5:5
**arthur** 6:8
**assuming** 10:5
**attorney** 2:14 2:19 3:16,21 4:10,15 5:3,8 5:20 6:9,15 13:11
**attorneys** 2:7 3:5 4:4,21 5:14 6:4
**august** 7:15 8:22
**availability** 9:13
**available** 8:1
**avenue** 3:16 4:22 6:4
**awful** 10:14
**axelrod** 5:13
**axelrodd** 5:16

**b**

**baker** 4:2
**bakerlaw.com** 4:6,6
**ballard** 5:12

**ballardspahr....** 5:16,17
**basil** 2:13
**basis** 11:21
**behalf** 2:2,17 3:1,10 4:1,7,18 5:1,6,11,18 6:1 6:12
**believe** 8:15
**bernstein** 2:18
**beyond** 10:25
**bit** 11:3,14
**bloomfield** 6:9
**blunt** 9:21
**bockius** 5:19
**boulevard** 3:21
**bpo** 4:17
**brian** 2:14 3:5 4:15
**bring** 12:6
**broad** 3:6
**broadway** 2:7
**burton** 4:9
**business** 11:15

**c**

**c** 1:18 6:14 13:3 13:19
**cabraser** 2:18 10:19
**calendar** 9:11 12:8
**california** 2:8
**camera** 11:11 11:20
**care** 12:19
**carole** 4:3 8:12
**case** 7:12 11:9
**cases** 7:17
**causlin** 1:18 13:3,19
**center** 4:11
**certainly** 9:10
**certificate** 13:2
**certification** 10:8,11
**certify** 13:6,10
**chack** 5:18
**chapman** 6:3
**charles** 4:1
**christopher** 3:12
**cincinnati** 4:17
**circuit** 9:20
**circumstances** 11:4
**civil** 1:5
**class** 2:2 10:7 10:10,20,21 12:2
**cleveland** 3:17 4:5,23
**close** 11:15
**cocalis** 2:5
**columbia** 4:11
**columbus** 2:15 3:22 6:11
**coming** 11:10
**commission** 13:20
**commissioned** 13:5
**concluded** 12:21
**concrete** 11:6
**conference** 1:11 7:6
**connection** 8:16
**consolidated** 7:6
**continue** 10:23
**convene** 12:18
**coordinate** 10:23
**coordination** 10:22
**corp** 1:5
**correct** 8:17
**counsel** 7:20 8:2,15 10:21
**county** 13:2
**course** 9:13,25 10:21
**court** 1:1
**court's** 10:22
**crendon** 4:6
**cromwell** 3:2
**cv** 1:6

**d**

**d** 3:12
**d.c.** 4:11
**daniels** 2:6
**dates** 7:15,19 7:25 8:1 9:8 11:6
**david** 3:3 5:13 6:9
**davis** 6:2
**davispolk.com** 6:5,6
**day** 3:14,19 12:11 13:15
**dbloomfield** 6:11
**decision** 9:19 10:4,6
**decisions** 10:8 11:22
**defendant** 3:1 4:1,7,18 5:1,6 5:11,18 6:12 7:21
**defendants** 3:10 6:1 7:18
**delay** 12:16
**demetriou** 3:11
**dennis** 5:18
**depends** 9:12
**deponents** 8:2
**depose** 10:1

**depositions** 7:13,17 8:3 9:22 10:13,24 12:8
**derailed** 9:22
**dictate** 10:9
**diego** 2:8
**direct** 2:17 10:17
**discuss** 11:24
**disjointed** 11:13
**dispute** 12:4
**district** 1:1,2
**division** 1:3
**divulging** 11:21
**document** 1:8 12:4
**documents** 8:24 9:2,21 10:4
**don** 8:7,10
**donald** 3:12 4:7
**dowd** 2:3
**dowling** 4:18 7:18,21,22 11:19
**dublin** 2:15
**duffy** 3:20
**duly** 13:4

**e**

**e** 4:1 8:14
**eastern** 1:3
**ecf** 7:11
**eie** 11:12
**eighth** 2:20
**either** 7:20 13:11
**ellis** 4:19
**enable** 12:7
**energy** 12:4,9
**entities** 8:25
**eric** 6:3
**eric.kim** 6:5
**erin** 5:14
**event** 13:12
**ex** 11:11,21
**expires** 13:20
**expressed** 8:20
**extra** 11:14

**f**

**f** 3:3,12 4:20 5:3
**fact** 10:13
**fairly** 12:8
**fairweather** 6:14
**favret** 4:21
**filing** 7:11
**filings** 7:8 11:10
**fill** 7:16
**filling** 9:8
**first** 7:22
**firstenergy** 1:5 3:1 7:6 8:15,19
**floor** 2:20 5:15
**forge** 2:4 9:16 9:17 10:25 12:2,12
**forward** 10:9 11:7,18
**fountaine** 5:14
**fountainee** 5:17
**further** 13:10

**g**

**g** 2:5
**geller** 2:3
**geoffrey** 3:15
**george** 3:10
**getting** 7:23
**give** 7:22
**gjritts** 3:17
**go** 7:3,22
**goal** 9:4,7
**going** 9:19 10:2 10:5,6,9,9,11 11:7,18
**gold** 12:11
**good** 7:4 12:3 12:17
**gottlieb** 3:5
**gottliebb** 3:9
**great** 12:12
**greene** 13:2
**ground** 10:3
**guran** 5:8
**gwinn** 1:18 13:3,19

**h**

**h** 3:21
**hand** 13:14
**harbor** 12:5,9
**hard** 9:14
**hate** 9:9
**hearing** 7:6 12:10,16
**heimann** 2:18
**held** 1:11
**hereunto** 13:13
**herrington** 4:8
**high** 6:10
**hilary** 3:4
**hit** 10:2
**holding** 9:18
**hope** 9:18
**hopefully** 11:21
**hoping** 7:15 11:2,2
**horn** 12:1
**hostetler** 4:2
**hudson** 2:20
**hughes** 4:14

**i**

**iii** 3:12 6:3
**important** 9:24
**indicated** 9:17
**individual** 8:13

**information** 10:1
**intent** 8:20
**interested** 13:12
**internal** 9:20 10:4
**investigation** 9:20 10:4
**investment** 8:25
**israel** 4:3
**issue** 10:6 12:5
**issues** 7:9 11:22 12:14

**j**

**j** 3:3,10,11,11 3:15
**james** 3:12 5:11
**january** 10:13
**jason** 2:4 3:10
**jdaniels** 2:11
**jeremy** 2:6
**jerry** 3:13
**jfairweather** 6:17
**jforge** 2:8
**job** 1:19
**joetting** 2:10
**john** 3:21 4:20 4:21 5:6 6:3,14
**john.chapman** 6:6

**john.favret** 4:24
**john.mccaffrey** 4:23
**johnson** 3:11
**jon** 3:10
**jones** 3:14,19 4:1 7:18,21 11:19
**jonesday.com** 3:17,23
**jr** 6:9
**judge** 1:12 5:6 7:3,24 8:4,9,18 9:5,15 10:16 10:19 11:1 12:10,13
**julia** 3:11
**july** 7:14,19,25 8:21 9:3,10
**jump** 8:18
**june** 7:14,19,25 8:14,21 9:2,12
**justin** 2:5

**k**

**k** 3:10 8:14
**karen** 5:20
**karen.pohlma...** 5:22
**kayla** 6:19
**keep** 12:16
**kevin** 2:4

**key** 4:4
**kim** 6:3
**kimberly** 1:18 13:3,19
**knipe** 8:13,16
**kscariani** 2:9

**l**

**l** 3:4,11 4:3 5:13
**lakeside** 3:16
**law** 2:7,14,19 3:5,16,21 4:4 4:10,15,21 5:3 5:8,14,20 6:4,9 6:15
**lchb.com** 2:21
**leau** 11:12
**leila** 5:1
**leslie** 3:13
**lewis** 5:19
**lexington** 6:4
**lieff** 2:18 10:19
**likelihood** 9:8
**lisowski** 3:10
**litigation** 1:6
**little** 11:3,14
**liu** 2:6
**llp** 2:3,13,18 3:2 4:8,19 5:7 5:12,19 6:2,8
**looks** 8:5
**lose** 9:9

**lot** 7:16 8:5 9:12
**luis** 3:13

**m**

**m** 3:3,4,10,13 6:3
**main** 4:22 5:9 6:15 7:12
**manner** 11:13 13:11
**marjorie** 3:20
**market** 5:15,21
**master** 1:12 7:3 7:24 8:4,9,18 9:5,15 10:16 10:18 11:1 12:10,13
**mccaffrey** 4:20 7:21 8:12
**mcconnell** 3:21
**mean** 8:10 9:6
**menillo** 3:3 8:17,23 9:10
**menillon** 3:7
**miarmi** 2:19 10:18,19
**michael** 2:19 3:11 4:18
**mike** 10:19
**mind** 7:9
**miner** 5:3
**misheff** 3:12 8:11

**mitchell** 3:12
**mmiarmi** 2:21
**mmmb.com** 2:16
**months** 7:16 9:9
**morgan** 5:19
**morganlewis....** 5:22
**morning** 7:4
**morris** 6:8
**moul** 2:13
**moved** 8:3
**mpduffy** 3:23
**murphy** 2:13 2:14,16
**murray** 2:13

**n**

**n** 3:12 8:14
**named** 13:6
**need** 11:14,24 11:25 12:15
**needed** 12:18
**nelles** 3:4
**nelless** 3:8
**new** 2:21,21 3:6 3:6 5:4,4 6:5,5
**news** 12:3
**nicholas** 3:3
**nonparty** 9:12
**notary** 13:3,20
**notice** 7:7
**noticed** 7:16,17 8:19
**noticing** 8:20
**number** 1:19
**nw** 4:10

**o**

**o'connor** 4:15
**o'neill** 3:12
**obviously** 10:12
**october** 11:7
**oetting** 2:5
**office** 13:14
**ohio** 1:2 2:15 3:17,22 4:5,17 4:23 5:10 6:11 6:16 9:23 11:12,17 13:1 13:4,14,20
**once** 9:2
**options** 9:3
**order** 12:8
**orders** 10:22
**orrick** 4:8
**orrick.com** 4:12
**outstanding** 11:23

**p**

**p** 3:20 4:15 5:8 8:14
**pappas** 3:12
**parte** 11:11,21
**parties** 2:1 13:8
**party** 8:6,8,11 8:21 13:11
**paul** 3:11
**pburton** 4:12
**pearson** 5:11
**pease** 5:7
**pennsylvania** 5:16,21
**period** 7:19
**periods** 9:1
**philadelphia** 5:16,21
**phonetic** 11:12
**pianalto** 3:13
**plaintiff** 9:16
**plaintiffs** 2:2 2:17 10:17,20 12:2,11
**pohlmann** 5:20
**polk** 6:2
**porter** 5:2 6:8
**porterwright....** 6:11
**position** 10:20
**preconference** 7:8
**presence** 13:8
**present** 2:1 6:18
**pressure** 11:3
**preston** 4:9
**prior** 11:11
**priorities** 10:9
**priority** 10:11
**probably** 12:7
**problems** 11:25
**proceeding** 12:20 13:7
**proceedings** 7:1
**public** 4:5 13:4 13:20
**pursuant** 10:21
**pushing** 9:13
**put** 11:2
**putting** 10:13

**q**

**qualified** 13:5
**quite** 7:12 8:19 8:21

**r**

**rachael** 4:3
**rachel** 2:5
**ralaw.com** 6:17
**rcocalis** 2:9
**reality** 9:19 10:15
**really** 9:21 10:20,24
**reasons** 8:1
**received** 8:24
**record** 7:4 12:19

**redo** 10:10
**reduced** 13:7,9
**reffner** 6:12
**regarding** 11:10
**rein** 3:3
**reind** 3:7
**related** 11:9 12:9
**relates** 1:8
**relative** 13:10
**relatively** 11:22
**remotely** 1:17 2:1
**rendon** 4:3 7:24 8:7,10
**report** 7:10
**reporter** 1:18
**representing** 8:16
**resubmitted** 11:14
**reviewed** 7:11 9:2
**reyes** 3:13
**rgrdlaw.com** 2:8,9,9,10,10 2:11
**risrael** 4:6
**ritts** 3:15
**road** 2:15
**robert** 6:12
**robins** 2:3
**roetzel** 6:13
**rudman** 2:3
**running** 10:3

**s**

**s** 2:4 4:3 6:9
**san** 2:8
**sandra** 3:12
**santen** 4:14
**santenhughes...** 4:17
**sater** 5:7
**saturday** 11:18
**saw** 7:7
**scheduled** 7:23 8:14
**schneider** 4:7 8:7
**sciarani** 2:4
**seal** 13:14
**securities** 1:6
**see** 7:15 10:5
**sent** 8:25
**september** 7:14 8:3 11:7
**set** 7:13,13,14 7:19 11:7 13:13
**seymour** 5:7
**share** 12:3
**sharon** 3:4
**shawn** 1:12
**short** 12:8
**signature** 13:19
**sir** 8:23 12:3
**sixth** 9:20
**smart** 3:11
**soon** 11:22
**sorry** 8:10
**sounds** 10:14
**south** 5:9 6:10 6:15
**southern** 1:2
**spahr** 5:12
**special** 1:12 7:3 7:24 8:4,9,18 9:5,15 10:16 10:18 11:1 12:10,13
**spoke** 9:18
**square** 4:5
**ss** 13:2
**standpoint** 11:8
**star** 12:11
**start** 7:20
**starting** 1:15
**state** 13:1,4,20
**states** 1:1
**status** 1:11 7:6 7:10
**stenographic...** 13:8
**steven** 3:10,11
**strah** 3:10
**street** 2:20 3:6 4:10,16 5:4,9 5:15,21 6:10 6:15
**submission** 11:11,12
**submissions** 11:17,20
**subpoenas** 9:1
**successfully** 10:23
**sue** 3:13
**suite** 3:22 4:4 4:16,22 5:9 6:10,16
**sullcrom.com** 3:7,7,8,8,9
**sullivan** 3:2
**sunday** 11:18
**supplied** 11:20
**sure** 9:11
**sutcliffe** 4:8

**t**

**t** 3:11,12
**take** 12:19
**taken** 1:17
**talk** 12:15
**target** 7:19,25 9:1
**taylor** 3:10
**terms** 10:2
**thank** 12:18
**thanks** 10:18
**things** 7:23

**think** 8:19
**third** 8:5
**thomas** 3:12
**thornton** 3:13
**three** 9:9
**thursday** 1:14
**time** 9:18 10:7 11:14
**ting** 2:6
**tliu** 2:10
**today** 7:9 11:15 11:17,25
**towards** 9:4,7
**tower** 4:4
**transparency** 11:8
**tucker** 4:19
**tuckerellis.com** 4:23,24
**turner** 3:13
**two** 12:7
**typewriting** 13:9

**u**

**understand** 11:3
**underwriter** 6:1
**united** 1:1
**update** 7:22
**utility** 10:12

**v**

**various** 8:1
**vespoli** 5:1
**videoconfere...** 1:17
**vine** 4:16
**vorys** 5:7
**vorys.com** 5:10

**w**

**want** 12:16
**wanted** 7:8 9:25
**wardwell** 6:2
**washington** 4:11
**way** 11:16,19
**we've** 8:25 9:2
**week** 7:7 12:17 12:18
**weekly** 7:10
**went** 9:23
**west** 2:7 5:4
**whereof** 13:13
**williams** 3:4
**williamsh** 3:8
**witness** 13:13
**witnesses** 9:21 9:24
**work** 12:4
**worked** 12:6
**working** 8:23 9:1,3,7 11:9,16 11:19
**worth** 12:14
**wright** 6:8
**writing** 13:7

**x**

**xenia** 13:14

**y**

**yeah** 8:9 10:16
**yesterday** 11:16
**yoon** 6:19
**york** 2:21,21 3:6,6 5:4,4 6:5 6:5

**z**

**zoom** 1:17